UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Patrick Shaver,<br><br>      Plaintiff,<br><br>v.<br><br>TransUnion LLC, Experian Information Solutions, Inc., Equifax Information Services LLC, and Forum Credit Union,<br><br>      Defendants. | Civil Action No: 1:24-cv-00043-SEB-MG |

**ORDER OF DISMISSAL WITH PREJUDICE AS
TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC ONLY**

    Comes now Plaintiff, Patrick Shaver, and Defendant, Equifax Information Services LLC, by counsel, and having filed their Joint Stipulation of Dismissal with Prejudice As To Defendant Equifax Information Services LLC only and the Court having examined said Stipulation and being duly and sufficiently advised in the premises, now finds that all matters at issue between Plaintiff and Equifax Information Services LLC have been resolved and settled and that Equifax Information Services LLC should be dismissed from this Action with prejudice.

    IT IS HEREBY ORDERED, ADJUGED AND DECREED that this cause of action as to Equifax Information Services LLC is hereby dismissed with prejudice, without costs, disbursements, or attorneys' fees to either party.

Date: 6/4/2024

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution will be made electronically
on all ECF registered counsel of record
via email generated by the Court's ECF system